```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Federal Trade Commission

    v.                                  Civil No. 04-cv-377-JD

Seismic Entertainment
Productions, Inc., et al.


O R D E R

Re:  Document No. 58, Motion to Extend Time Allowed for Filing Summary Judgment Motions

Ruling:

Granted.

The court takes a very dim view of conduct that necessitates the extension of deadlines set by the court because a party has failed to comply with court orders relating to discovery. This issue will be addressed by the court when it considers the FTC's motion for sanctions. In the interim, SmartBot and Wallace would be well advised to produce the requested discovery before the court acts on the pending sanctions motion.

                                                Joseph A. DiClerico, Jr.
                                                U.S. District Judge

Date:  June 27, 2005

cc:  Ralph A. Jacobs, Esquire
     W. Scott O'Connell, Esquire
     Charulata B. Pager, Esquire
     Laura M. Sullivan, Esquire
     Martha Van Oot, Esquire