UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Federal Trade Commission</u>

    v.                        Civil No. 04-cv-377-JD

<u>SmartBot.Net, Inc., et al.</u>


<u>ORDER</u>

Re:   Document No. 66, Assented to Motion to Extend Time to Obtain Replacement Local Counsel

     Ruling:  Granted, provided that counsel shall notify SmartBot and Sanford in writing that they have a duty to maintain communication with counsel in order to prosecute their defense and to comply with court orders and that failure to do so will result in the entry of a default against them.

*/s/ Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
U.S. District Judge

Date: June 30, 2005

cc:  Ralph A. Jacobs, Esquire
     W. Scott O'Connell, Esquire
     Charulata B. Pagar, Esquire
     Laura M. Sullivan, Esquire
     Martha Van Oot, Esquire