UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Federal Trade Commission

     v.                  Civil No. 04-cv-377-JD

SmartBot.Net, Inc., et al.


O R D E R

Default was entered as to defendants SmartBot.Net, Inc., and Sanford Wallace after they failed to file appearances within the time provided.  Therefore, the Federal Trade Commission's pending motions to compel, for sanctions, and to compel attendance (documents no. 42, 57, and 79) are terminated.

     SO ORDERED.


_____
Joseph A. DiClerico, Jr.
United States District Judge


November 4, 2005

cc:  Stacey P. Ferguson, Esquire
     Steven M. Notinger, Esquire
     W. Scott O'Connell, Esquire
     Charulata B. Pagar, Esquire
     Laura M. Sullivan, Esquire
     Martha Van Oot, Esquire