UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Federal Trade Commission</u>

    v.                      Civil No. 04-cv-377-JD

<u>SmartBot.Net, Inc., et al.</u>

PROCEDURAL ORDER

The trial in this case is scheduled to begin on March 21, 2006. As explained in the court's order issued on March 16, 2006, the Federal Trade Commission's claims against most of the defendants have been resolved. The FTC's motion to reopen discovery on the issue of a monetary judgment against defendants John R. Martinson, Mailwiper, Inc., and Spy Deleter, Inc., was granted, and discovery is ongoing.

Therefore, trial in this case will not begin on March 21, 2006, as scheduled, but will be rescheduled for a date that is at least eight weeks from the date of this order.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

March 17, 2006

cc: Stacey P. Ferguson, Esquire
    Charulata B. Pagar, Esquire
    Laura M. Sullivan, Esquire
    Martha Van Oot, Esquire
    John McFerrin Clancy, Esquire
    John Robert Martinson, pro se