UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Federal Trade Commission

     v.                                Civil No. 04-cv-377-JD

Seismic Entertainment
Productions, Inc., et al.

O R D E R

After close of business last night, the Federal Trade
Commission filed its response to two motions filed by John Robert
Martinson.  That response was not brought to the court's
attention until the order on those motions issued this morning.
In light of the FTC's response, the court reiterates the order
issued this morning with the following additions.

The court recognizes that the FTC had a short period to
accomplish discovery on the issue of a monetary judgment against
Martinson and that it scheduled discovery expeditiously, based on
that time period.  Nevertheless, in light of the possibility that
the documents and information already provided will be sufficient
to resolve that issue without further time and expense devoted to
additional discovery measures, including depositions, the order
issued this morning stands.  The court acknowledges the FTC's
concern that Martinson failed to first contact the FTC's counsel
to resolve the issues he raises about further discovery, as he

was required to do by the local rules of this court.  With
respect to any further issues that may arise in this case,
Martinson is directed to first make a reasonable effort to
resolve those issues with counsel for the FTC before resorting to
filing a motion for relief with the court.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

April 20, 2006

cc:  Stacey P. Ferguson, Esquire
     David P. Frankel, Esquire
     Charulata B. Pagar, Esquire
     Laura M. Sullivan, Esquire
     Martha Van Oot, Esquire
     John McFerrin Clancy, Esquire
     John Robert Martinson, pro se

2