```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Federal Trade Commission

    v.                            Civil No. 04-cv-377-JD

Seismic Entertainment
Productions, Inc.


PROCEDURAL ORDER

On March 16, 2006, discovery was reopened in this case for six weeks on the issue of a monetary judgment against defendants John R. Martinson, Mailwiper, Inc., and Spy Deleter, Inc. On April 19 and 20, 2006, the court cancelled the scheduled deposition of Kathy Martinson, directing the FTC to review the information it had received as of that time to determine whether any additional discovery was necessary. If additional discovery were found to be necessary, the FTC was directed to file a motion to seek leave to conduct additional discovery.

The six weeks of reopened discovery expired on April 27, 2006. The FTC has not requested any additional discovery. Therefore, the FTC and John R. Martinson shall file a status report on or before **May 15, 2006**, explaining the status of the

parties' progress toward a permanent injunction and order of judgment.

    SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

May 8, 2006

cc:   Stacey P. Ferguson, Esquire
      David P. Frankel, Esquire
      Charulata B. Pagar, Esquire
      Laura M. Sullivan, Esquire
      Martha Van Oot, Esquire
      John McFerrin Clancy, Esquire
      John Robert Martinson, pro se