UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Federal Trade Commission</u>

    v.                                  Civil No. 04-cv-377-JD

<u>Seismic Entertainment</u>
<u>Productions, Inc., et al.</u>

### O R D E R

On September 19, 2006, the day before a settlement conference was to be held before the magistrate judge, the Federal Trade Commission filed notice of a tentative settlement with the sole remaining defendant in this case, John Robert Martinson. In light of the proposed settlement, the FTC and Martinson agreed that the settlement conference should be cancelled. The magistrate judge granted their request.

The parties shall file their stipulation of dismissal **on or before October 20, 2006,** failing which the claims against Martinson will be dismissed, and judgment will be entered in accordance with the previous dispositions of the parties and claims in the case.

SO ORDERED.

                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

October 2, 2006
cc:  Stacey P. Ferguson, Esquire
     David P. Frankel, Esquire
     Charulata B. Pagar, esquire
     Rosemary Russo, Esquire
     Laura M. Sullivan, Esquire
     Martha Van Oot, Esquire
     John McFerrin Clancy, Esquire
     John Robert Martinson, pro se