UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Federal Trade Commission</u>

    v.                            Civil No. 04-cv-377-JD

<u>Seismic Entertainment
Productions, Inc., et al.</u>

<u>O R D E R</u>

On October 30, 2006, the court approved the proposed consent decree filed by the Federal Trade Commission and John Robert Martinson and their joint stipulation that clarified the proposed consent decree.  With the approval of the consent decree, the FTC's motion for a permanent injunction against Martinson is now moot.  The FTC's claims in this case have been resolved as follows:

    Oct. 11, 2005 – document no. 81 – Stipulated Judgment and Order for Permanent Injunction as to Seismic Entertainment Productions, Inc.

    March 22, 2006 – document no. 110 – Stipulated Final Order for Permanent Injunction and Settlement of Claims for Monetary Relief as to OptinTrade, Inc. and Jared Lansky.

    March 22, 2006 – document no. 111 – Order of Default Judgment, Permanent Injunction, and other Equitable Relief against Sanford Wallace and SmartBot.Net, Inc.

July 14, 2006 – document no. 131 – Order of Default Judgment for Permanent Injunction and other Equitable Relief Against Mailwiper, Inc. and Spy Deleter, Inc.

October 30, 2006 – document no. 139 – Order approving Proposed Consent Decree, as clarified by the joint stipulation, as to John Robert Martinson.

## Conclusion

The FTC's motion for a permanent injunction (document no. 124) is terminated.

The clerk of court shall enter a final judgment and close the case.

SO ORDERED.

*Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

November 15, 2006

cc:  Stacey P. Ferguson, Esquire
     David P. Frankel, Esquire
     Charulata B. Pagar, Esquire
     Rosemary Rosso, Esquire
     Laura M. Sullivan, Esquire
     Martha Van Oot, Esquire
     John McFerrin Clancy, Esquire
     John Robert Martinson, pro se